# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130724 & (21)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ANDREW JOHN MCCORMACK,
          Defendant-Appellant.

_____/

SC:  130724
COA:  264726
Kalamazoo CC:  99-000707-FH

On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals and the motion to add issue are considered. The motion to add issue is GRANTED. The application for leave to appeal is DENIED because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724